CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ILAN DEMBSKI, an Individual d/b/a LA EXPEDITORS, and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No.: CV13-00943 DDP (MLGx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT ILAN DEMBSKI D/B/A LA EXPEDIATORS** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff SPECIALIZED BICYCLE COMPONENTS, INC. ("Plaintiff"), on the one hand, and Defendant ILAN DEMBSKI d/b/a La Expeditors ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1.     **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a.     importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's Trademarks, including but not limited to SPECIALIZED® marks, S® marks, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b.     performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Trademarks, including but not limited to SPECIALIZED® S® marks, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

c.     engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

d.     using any Internet domain name or website that includes any of Plaintiff's Trademarks, including the SPECIALIZED® S® marks.

2. Defendant is ordered to deliver immediately to Plaintiff for destruction all unauthorized products, including counterfeit SPECIALIZED® S® bicycle and bicycle related products, packaging, labels, signs, prints, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendant's possession.

3. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court, and the case shall be dismissed in its entirety upon entry of this Permanent Injunction

4. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

5. Defendant will be making an agreed-upon payment to Plaintiff, as more particularly described in a separate Confidential Settlement Agreement.

6. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

7. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 8th day of May, 2013.

_____
HON. DEAN D. PREGERSON
United States District Judge
Central District of California